Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00622-CV

Ricardo J. **REYNA**, Individually and d/b/a Ricardo J. Reyna U.S. Mail Service,
An Assumed Name, and Ruben Garcia Jr.,
Appellants

v.

Sandra G. **GARCIA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-211
Honorable Jose Luis Garza, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed: September 29, 2010

JOINT MOTION TO DISMISS GRANTED, APPEAL DISMISSED

        The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R.

APP. P. 42.1(a)(2). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)

(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM